513 A.2d 389

**Karen L. GARZONY, Respondent,**

v.

**James A. GARZONY, Petitioner.**

Supreme Court of Pennsylvania.

July 31, 1986.

332

## ORDER

PER CURIAM.

This appeal is from the award of interim relief pursuant to Section 502 of the Divorce Code. 23 P.S. § 502. Orders issued pursuant to this section are interlocutory and, therefore, unappealable. *Fried v. Fried,* 509 Pa. 89, 501 A.2d 211 (1985). Accordingly, this petition for allowance of appeal is quashed.